Barth Capetillo #V-58262
C.S.P Solano P.O Box 4000

LEGAL MAIL



CSP SOLANO
STATEPRISON

United States District Court
Northern District of Calif.
280 South First St.
San Jose, Ca. 95113-3008

RECEIVED
2007 SEP 13 PM 4:42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.