

**FILED**

2007 SEP 14 A 11: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C07 04734 SBA

Barth Dennis Capela        Plaintiff,   )   CASE NO. _____
                                        )
vs.                                     )   PRISONER'S
                                        )   **APPLICATION TO PROCEED**
                                        )   **IN FORMA PAUPERIS**
                                        )
Bob Horel, Warden          Defendant.   )
                                        )

      I, _Barth Capela_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

      In support of this application, I provide the following information:

1.    Are you presently employed? Yes ☐   No ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

- 1 -

1 | If the answer is "no," state the date of last employment and the amount of the gross and net
2 | salary and wages per month which you received. (If you are imprisoned, specify the last
3 | place of employment prior to imprisonment.)
4 | __Tri City Construction company_____
5 | _____
6 | _____

7 | 2. Have you received, within the past twelve (12) months, any money from any of the
8 | following sources:

9      a. Business, Profession or      Yes ☐ No ☒
10      self employment

11      b. Income from stocks, bonds,      Yes ☐ No ☒
12      or royalties?

13      c. Rent payments?      Yes ☐ No ☒

14      d. Pensions, annuities, or      Yes ☐ No ☒
15      life insurance payments?

16      e. Federal or State welfare payments,      Yes ☐ No ☒
17      Social Security or other govern-
18      ment source?

19 | If the answer is "yes" to any of the above, describe each source of money and state the amount
20 | received from each.
21 | _____
22 | _____

23 | 3. Are you married?      Yes ☐ No ☒
24 | Spouse's Full Name: _____
25 | Spouse's Place of Employment: _____
26 | Spouse's Monthly Salary, Wages or Income:
27 | Gross $_____ Net $_____
28 | 4. a. List amount you contribute to your spouse's support:$ _____

- 2 -

1  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ☐  No ☒

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ☐  No ☒

Make _____ Year _____ Model _____

Is it financed? Yes ☐ No ☐ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ☐ No ☒ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ☐ No ☒ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ☐  No ☒

_____

8. What are your monthly expenses?

Rent: $ _____N/A_____ Utilities: ___N/A I am in Prison___

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

- 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____I have no other debts I have no money_____
4  _____
5
6  10.   Does the complaint which you are seeking to file raise claims that have been presented
7  in other lawsuits?   Yes ☐   No ☒
8  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
9  which they were filed.
10 _____
11 _____
12      I consent to prison officials withdrawing from my trust account and paying to the court
13 the initial partial filing fee and all installment payments required by the court.
14      I declare under the penalty of perjury that the foregoing is true and correct and
15 understand that a false statement herein may result in the dismissal of my claims.
16
17 _____          *Barth Dennis Copela*
         DATE                        SIGNATURE OF APPLICANT
18
19
20                           Case Number: FF302986
21
22
23
24
25
26
27
28

-4-

# CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _CSP- Solano_ for the last six months at

where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0.00_

Dated: 8/27/07                         Barbara Patton

[Authorized officer of the institution]

- 5 -

*PLEASE RETURN ALL DOCUMENTS*

STATE OF CALIFORNIA  
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

AUG 2 4 2007

Date *Aug 22* 19 *07*

To: Warden                     Approved _____

CSP SOLANO  
TRUST/ACCTG

I hereby request that my Trust Account be charged $ *3* _____ for the purpose stated below and authorize the withdrawal of that sum from my account.

*V-58262*  
NUMBER

*Barth Capela*  
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE *To certify that I have no money per Habeas Corpus for my case*

NAME _____

ADDRESS _____

*Barth Dennis Capela*  
PRINT YOUR FULL NAME HERE

```
REPORT ID: TS3030 .701                                    REPORT DATE: 08/27/07
                                                          PAGE NO:        1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CALIFORNIA STATE PRISON SOLANO
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2007 THRU AUG. 27, 2007

ACCOUNT NUMBER : V58262                   BED/CELL NUMBER: S102T10000000122U
ACCOUNT NAME   : CAPELA, BARTH DENNIS        ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE

02/01/2007   BEGINNING BALANCE                                               0.00

04/24*DD31 CHECK DEPOSIT 3508-ACCES                  1.88                    1.88
07/25 FC01 DRAW-FAC 1    0287-MKUP                              1.88         0.00
08/13 FR01 CANTEEN RETUR 700547                      1.88-                   1.88
08/14 FC01 DRAW-FAC 1    0593-2ND                               1.88         0.00


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/10/04                      CASE NUMBER: FF302986
COUNTY CODE: SCL                              FINE AMOUNT: $   3,400.00

  DATE        TRANS    DESCRIPTION                  TRANS. AMT    BALANCE

02/01/2007    BEGINNING BALANCE                                   3,386.00

04/24/07      DR31     REST DED-CHECK DEPOSIT         2.07-       3,383.93

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                         TRUST ACCOUNT SUMMARY
  BEGINNING     TOTAL       TOTAL      CURRENT       HOLDS      TRANSACTIONS
   BALANCE     DEPOSITS  WITHDRAWALS   BALANCE      BALANCE     TO BE POSTED

     0.00        1.88       1.88         0.00         0.00          0.00

                                                             CURRENT
                                                            AVAILABLE
                                                             BALANCE

                                                               0.00
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Barbara Palm[r?]
TRUST OFFICE