PROOF OF SERVICE

FILED

2007 SEP 20 PM 4: 07

RICHARD [illegible]
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

On Sept.13,2007 I Barth Capela served the Attorney General a true copy of the petition for writ of Habeas Corpus that I served to this Court on Sept.11,2007. The true copy was placed in the U.S. mail and addressed as follows"

Office of the Attorney General
455 Golden Gate Avenue suite 11,000
San Francisco, Ca.94102-7004

C-07-4734-SBA

I am over the age of 18 and I swear under the penalty of perjury that the petition was mailed to the above address.

Todays Date Sep. 17, 2007

Barth Capela
Barth Capela