Barth Capela #V-58262/2-122
CSP Solano PO Box 4000
Vacaville,Ca.95696-4000

LEGAL MAIL

Confidential Legal Mail

CALIFORNIA STATE PRISON-SOLANO

9511373002 C080

CSP SOLANO
STATE PRISON



UNITED STATES POSTAGE
PITNEY BOWES
02 1A                $ 00.41⁰
0004632981      SEP 18 2007
MAILED FROM ZIP CODE 95687

CALIFORNIA NORTHERN DISTICT FEDERAL COURT
280 South First Street San Jose,Ca.95113-3008