FEDERAL NORTHERN DISTRICT COURT

FOR CALIFORNIA

RECEIVED
NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| People of the State of California <br><br> Respondent <br><br> V <br><br> BARTH D. CAPELA <br><br> Petitioner | Motion for stay of Judgement pending exhaustion in the lower court. <br><br> case no. FF302986 <br> cit.no. H028273 <br> cit.no. S143236 |

FILED
C-07-4734-SBA NOV 15 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

To the Northern District Court San Jose Div. Petitioner respectfully applies to this Court for a stay of Judgement during the pendancy of Habeas Corpus filed in the Superior Court of Santa Clara county, and or State remedies have been exhausted.

Due to a recent discovery of a sentencing error that my State appointed Appellate Attorney failed to address a Habeas Corpus is being filed in the lower Court to remedy the error. This is a plain error that should be resolved in the Superior Court. Three prop 8 priors were used in this case for the purpose of enhancement five years each. The oldest of those priors dates back to May 19, 1982 which predates the effective date Proposition 8 was voted into law. In PEOPLE V. SMITH a California Supreme Court case (Crim.no. 22273. Aug. 8, 1983) it clearly states enhancements can not be used befor this date. I recently obtained my transcripts and discovered this error. I declare under penalty of perjury the forgoing is true and correct and pray this Court will allow me a stay until this issue is resolved.

Todays Date _Nov. 11, 2007_

_Barth Capela_ #V-58262
BARTH D. CAPELA   CSP Solano P.O. 4000

Barth Capela #V-58263/2-122
C.S.P. Solano P.O. Box 4000
Vacaville, Ca. 95696-4000

CSP SOLANO
STATE PRISON

$ 00.41⁰
NOV 13 2007
MAILED FROM ZIP CODE 95687

Federal Northern District
Court of California
280 South First Street
San Jose, Ca. 95113-3008