

FEDERAL NORTHERN DISTRICT COURT
IN AND FOR THE STATE OF CALIFORNIA

RECEIVED
Recieved

People of the State of California )
                Respondent )
       V                )
                             )
Barth D.Capela        )
                Petitioner )

2007 DEC 10 P 3: 14
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Motion to withdraw the Motion
for stay and Abeyance
case no.FF302986
cit.no.H028273
cit.no.S143236

07·4734SBA

        To the Northern District Court San Jose Div.
    Petitioner respectfully applies to this Court to withdraw previous motion for a stay of JudgementPetitioner no longer beleaves Habeas filed inn the lower Court has merit and is exhausted.

    Petitioner went on the advise of a jailhouse Lawyer And that advise proved to be without merit.Petitioner lacks the skills of an Attorney and is in desperate need of an Attorney on the case in this Court.

                                                Respectively submitted

Todays Date December 5,2007

                                            Barth D.Capela
                                            Barth D.Capela #V-58262
                                            CSP Solano PO Box 4000
**FILED**                 Vacaville,Ca.95696-4000

DEC 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Barth D. Capela #V-58262/2-122
CSP Solano PO Box 4000
Vacaville, Ca. 95696-4000

Confidential
Legal Mail

SACRAMENTO CA 957
CALIFORNIA STATE PRISON
DEC 2007 PM 7 L
HAPPY HOLIDAYS
USA 41

FEDERAL NORTHERN DISTRICT COURT SAN JOSE DIV.
IN AND FOR THE STATE OF CALIFORNIA
280 South First Street
San Jose, Ca. 95113-3008

951134-3008