BaRth Capela #V-58262
C.S.P. Solano, P.O. Box 4000
Vacaville, Ca. 95696-4000

Office of The Clerk
U.S. NortherN DistRict Court
1301 Clay St. Suite 400 S
Oakland, Ca. 94612-5212

California State Prison Solano