Barth Dennis Capela
V-58262
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696

**FILED**
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CV07-04734 SBA

Change of Address To:

Barth Capela #V-58262 /DW310 up
C.T.F. Central P.O. Box 689
Soledad, Ca. 93960

Case No. C07-04734 SBA

BARTH DENNIS CAPELA
    PETITIONER

"Change of Address"

To:
Barth D. Capela #V-58262
C.T.F Central P.O. Box 689
Soledad, Ca. 93960

Petitioner Barth D. Capela has been Transfered to the above listed address. And Request the Court to except this <u>untyped</u> Change of address as this Institution is on lockdown due to a Recent attempt "escape," And Petitioner has no access to the Law library. Please inform Attorney General," I have no materials at this time.
Thank you

Barth Capela

Todays Date, August 3, 2008

Bartn Capela #V-58262 / DW310 up
C.T.F. Central P.O. Box 689
Soledad, Ca. 93960

Office of The Clerk
U.S. Northern District of
California
1301 Clay st. Suite 400 s
OAKLAND, Ca. 94612-5212

94612+5212 C037

$00.42⁰
AUG 05 2008
MAILED FROM ZIP CODE 93960

Case 4:07-cv-04734-SBA    Document 11    Filed 08/06/2008    Page 4 of 4



Case 4:07-cv-04734-SBA    Document 11    Filed 08/06/2008    Page 4 of 4