EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
GREGORY A. OTT
Deputy Attorney General
PAMELA K. CRITCHFIELD
Deputy Attorney General
State Bar No. 168024
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5952
  Fax: (415) 703-1234
  Email: pamela.critchfield@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BARTH DENNIS CAPELA,** | C 07-04734 SBA (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **BOB HOREL, Warden,** | |
| Respondent. | |

Respondent hereby provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted.

**I.**

**INTRODUCTION**

Petitioner is lawfully in the custody of Bob Horel, Warden of California State Prison, Solano, as a result of a judgment of conviction in Santa Clara County Superior Court Case No. FF302986 for attempted robbery and two counts of misdemeanor assault. Petitioner was sentenced to 19 years in state prison.

## II.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was based on an unreasonable determination of the facts or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law. Respondent specifically denies that (1) the knife evidence was improperly admitted; (2) the evidence of petitioner's lack of motive to steal was improperly excluded; (3) instructional error occurred; (4) cumulative error occurred; (5) prosecutorial misconduct occurred; and (6) petitioner's due process rights were violated by the denial of access to legal materials and appointment of advisory counsel.

## III.

## PROCEDURAL DEFAULTS

Claim 6 does not state a federal claim. Petitioner's federal habeas petition was timely filed.

## IV.

## LODGED EXHIBITS

Respondent has lodged concurrently with this answer the following exhibits: (1) State Court Clerk's Transcript (2 volumes); (2) Augmentation to the Clerk's Transcript on Appeal (1 volume); (3) State Court Reporter's Transcript (13 volumes); (4) State Court Reporter's Transcript Augmentation of the Record (4 volumes); (5) State Court Reporter's Transcript March 29, 2004 session (2 volumes); (6) Appellant's Opening Brief (H028273); (7) Appellant's Supplemental Opening Brief (H028273); (8) Respondent's Brief (H028273); (9) Appellant's Reply Brief (H028273); (10) Unpublished opinion by the California Court of Appeal (H028273); (11) Appellant's Petition for Review (S143236); (12) Register of Actions–California Courts–order denying petition for review (S143236); (13) Petition for Writ of Habeas Corpus filed in California Supreme Court (S151537); and (14) Register of Actions–California Court–order denying habeas

1  petition (S151537). Respondent hereby incorporates by reference the accompanying memorandum
2  of points and authorities.

4      Dated: September 8, 2008

5                  Respectfully submitted,

6                  EDMUND G. BROWN JR.
                Attorney General of the State of California

7                  DANE R. GILLETTE
                Chief Assistant Attorney General

8                  GERALD A. ENGLER
9                  Senior Assistant Attorney General

10                 GREGORY A. OTT
                Deputy Attorney General

11                 /s/ Pamela K. Critchfield

12                 PAMELA K. CRITCHFIELD
13                 Deputy Attorney General

                Attorneys for Respondent

14
15 PKC:jw
   20140985.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Barth Dennis Capela v. Bob Horel, Warden**

No.:   C 07-04734 SBA (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 8, 2008, I served the attached

**ANSWER TO ORDER TO SHOW CAUSE;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ANSWER;**

**NOTICE OF LODGED EXHIBITS IN SUPPORT OF ANSWER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Barth Dennis Capela**
**V-58262**
**California State Prison, Solano**
**P.O. Box 4000**
**Vacaville, CA 95696-4000**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 8, 2008, at San Francisco, California.

| J. Wong | _/s/ J. Wong_ |
|---|---|
| Declarant | Signature |

20141086.wpd