1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  GREGORY A. OTT
   Deputy Attorney General
5  PAMELA K. CRITCHFIELD
   Deputy Attorney General
6  State Bar No. 168024
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5952
8    Fax: (415) 703-1234
     Email: pamela.critchfield@doj.ca.gov
9  Attorneys for Respondent

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

| | |
|---|---|
| **BARTH DENNIS CAPELA,** | C 07-04734 SBA (PR) |
| Petitioner, | **NOTICE OF LODGED EXHIBITS IN SUPPORT OF ANSWER** |
| v. | |
| **BOB HOREL, Warden,** | |
| Respondent. | |

19      (1)  State Court Clerk's Transcript (2 volumes);

20      (2)  Augmentation to the Clerk's Transcript on Appeal (1 volume);

21      (3)  State Court Reporter's Transcript (13 volumes);

22      (4)  State Court Reporter's Transcript Augmentation of the Record (4 volumes);

23      (5)  State Court Reporter's Transcript March 29, 2004 session (2 volumes);

24      (6)  Appellant's Opening Brief  (H028273);

25      (7)  Appellant's Supplemental Opening Brief  (H028273);

26      (8)  Respondent's Brief  (H028273);

27      (9)  Appellant's Reply Brief  (H028273);

28      (10) Unpublished opinion by the California Court of Appeal  (H028273);

Notice of Lodged Exhibits - C 07-04734 SBA (PR)

                                    1

(11) Appellant's Petition for Review  (S143236);

(12) Register of Actions-California Courts-order denying petition for review  (S143236);

(13) Petition for Writ of Habeas Corpus filed in California Supreme Court (S151537);

(14) Register of Actions–California Court–order denying habeas petition (S151537).

Dated:  September 8, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

GREGORY A. OTT
Deputy Attorney General

/s/ Pamela K. Critchfield

PAMELA K. CRITCHFIELD
Deputy Attorney General

Attorneys for Respondent

PHK:jw
20140993.wpd

Notice of Lodged Exhibits - C 07-04734 SBA (PR)