IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARTH DENNIS CAPELA,

    Petitioner,

v.

BOB HOREL, Warden,

    Respondent.

No. C 07-04734 SBA (PR)

**ORDER DENYING PETITIONER'S MOTION TO AUGMENT THE RECORD AS UNNECESSARY**

(Docket no. 9)

    Petitioner has filed a motion to augment the record to include a letter from Petitioner to the trial court judge (docket no. 9). Attached to his motion is the aforementioned letter, dated April 27, 2004, and labeled "Exhibit H."

    Petitioner's Exhibit H is already included in the record as part of Respondent's Exhibit 1. See Resp't Ex. 1, Clerk's Tr., Vol. 2 at 247.) Accordingly, Petitioner's motion is DENIED as unnecessary.

    This Order terminates Docket no. 9.

    IT IS SO ORDERED.

DATED: 3/13/09

                                                                                           SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.07\Capela4734.augment.wpd

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARTH DENNIS CAPELA, | Case Number: CV07-04734 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BOB HOREL et al, | |
| Defendant.                                            / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barth Dennis Capela V-58262
California Training Facility
CTF Central
P.O. Box 689
Soledad, CA 93960

Dated: March 16, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Capela4734.augment.wpd        2