IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARTH CAPELA, | ) | No. C 07-4734 SBA (PR) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| ROBERT HOREL, Warden, | ) | |
| Respondent. | ) | |

    For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent.

    IT IS SO ORDERED.

DATED: 9/15/10

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BARTH DENNIS CAPELA,

        Plaintiff,

  v.

BOB HOREL et al,

        Defendant.
_____/

Case Number: CV07-04734 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 15, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barth Dennis Capela V-58262
California State Prison - San Quentin
San Quentin, CA 94974

Dated: September 15, 2010

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk